AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KRISTY N. SLEEPER and RANDALL J. SLEEPER, wife and husband,<br>*Plaintiff*<br>v.<br>RENT RECOVER, LLC.,<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:14-CV-0005-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Kristy N. Sleeper and Randall J. Sleeper recover from the defendant *(name)* Rent Recover, LLC. the amount of Two Thousand dollars ($ 2,000.00 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.14 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a motion for entry of default judgment (ECF No. 25).

Date: December 5, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen